**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

STEPHEN J. HARRIS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-311-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 25th day of February, 2011.

    JAMES R. LARSEN
    District Court Executive/Clerk

by: _s/Cora Vargas_____
    Deputy Clerk

cc: all counsel